[No. 34235-5-I.    Division One.    May 22, 1995.]

GARY PLAGMANN, *Respondent*, v. DAVID D. OLDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-24266-2, Michael Spearman, J., entered February 8, 1994. *Reversed* and *dismissed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 32552-3-I.    Division One.    May 22, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROYANNE COOLEY SKARSVOG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05729-4, James A. Noe, J., entered March 23, 1993. *Affirmed* by unpublished per curiam opinion.

[Nos. 32676-7-I; 33275-9-I.    Division One.    May 22, 1995.]

FRED BONNER, *Appellant*, v. EDWIN S. JONES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-13195-1, Jerome M. Johnson, J., entered March 25, 1993. *Reversed* and *remanded* by unpublished opinion per Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.